Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER
    SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel.: (775) 324-4100 / Fax: (775) 333-8171
Email: mrounds@bhfs.com,
       rcudnik@bhfs.com

Constance S. Huttner (admitted *pro hac vice*)
Frank D. Rodriguez (admitted *pro hac vice*)
James Barabas (admitted *pro hac vice*)
Caroline Sun (admitted *pro hac vice*)
Beth Finkelstein (admitted *pro hac vice*)
WINDELS MARX LANE &
    MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, NJ 07940
Tel: (973) 966-3200 / Fax: (973) 966-3250
Email: chuttner@windelsmarx.com,
       frodriguez@windelsmarx.com
       jbarabas@windelsmarx.com,
       csun@windelsmarx.com,
       bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.,<br><br>Defendants. | Case No. 2:18-cv-01596-MMD-NJK<br><br>**[PROPOSED] JUDGMENT** |

The parties (Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") and Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin")) have stipulated to be bound by the Court's judgment in the related action of *Amarin Pharma, Inc. v. Dr. Reddy's Laboratories, Inc.*, No. 2:16-cv-02562 (D. Nev. Filed Nov. 4, 2016), consolidated with *Amarin Pharma, Inc. v. Hikma Pharmaceuticals USA, Inc.*, No. 2:16-cv-02525 (D. Nev. Filed Oct. 31, 2016). *See* C.A. No. 2:18-cv-01596, ECF No. 27.  In light of the Court's March 30, 2020 Order and Judgment in favor of Defendants, C.A. No. 2:16-cv-02525 (the "2525 Action"), ECF No. 382, IT IS HEREBY ORDERED that:

1. Because of the parties' agreement that the judgment in the 2525 Action will be binding in this action, the Court enters judgment on infringement in this action based on the judgment in the 2525 Action as follows:  The filing of ANDA No. 209499 infringed the following claims:  Claims 1 and 16 of U.S. Patent No. 8,293,728; Claim 14 of U.S. Patent No. 8,318,715; Claims 1 and 8 of U.S. Patent No. 8,357,677; Claim 1 of U.S. Patent No. 8,367,652; and Claims 1 and 5 of U.S. Patent 8,518,929.

2. Because of the parties' agreement that the judgment in the 2525 Action will be binding in this action, the Court enters judgment on obviousness in this action in favor of Defendants and against Plaintiffs on the same grounds as the judgment in the 2525 Action, in which the following claims were adjudicated as invalid as obvious under 35 U.S.C. § 103:  Claims 1 and 16 of U.S. Patent No. 8,293,728; Claim 14 of U.S. Patent No. 8,318,715; Claims 1 and 8 of U.S. Patent No. 8,357,677; Claim 1 of U.S. Patent No. 8,367,652; and Claims 1 and 5 of U.S. Patent 8,518,929.

3. All other claims, including with respect to U.S. Patent Nos. 8,377,920; 8,415,335; 8,426,399; 8,440,650; 8,524,698; 8,546,372; and 8,617,594, are dismissed without prejudice.

4. Plaintiffs expressly reserve and retain any and all rights to appeal from this judgment, and otherwise to seek appropriate modification of this judgment, should the final judgment in the 2525 Action be vacated and/or reversed by the United States Court of Appeals for the Federal Circuit (*see* C.A. No. 2:18-cv-01596, ECF No. 27 ¶¶ 4-6).  Defendants will not oppose a request to modify this judgment to correspond with any modification of the judgment in the 2525 Action, either by this Court or on appeal.

5.  JUDGMENT IS ENTERED accordingly in favor of Defendants and against Plaintiffs.

Dated: May 4, 2020

      _____
      Judge Miranda Du
      United States District Court, District of Nevada

Respectfully submitted,

For Amarin:

**McDONALD CARANO LLP**

 /s/ Adam Hosmer-Henner
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com

Christopher N. Sipes (admitted *pro hac vice*)
Jeffrey B. Elikan (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice*)
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
Daniel J. Farnoly (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
csipes@cov.com, jelikan@cov.com, estole@cov.com, mkennedy@cov.com, mkeane@cov.com, esonnenschein@cov.com, awhitt@cov.com, hpark@cov.com, jmoran@cov.com, dfarnoly@cov.com

Nicholas J. Santoro (NSBN 532)
Jason D. Smith (NSBN 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
(702) 948-8771

For DRL:

*/s/* Beth Finkelstein
Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER
    SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone:  (775) 324-4100
Facsimile:  (775) 333-8171
E-mail:  mrounds@bhfs.com
             rcudnik@bhfs.com

Constance S. Huttner (*pro hac vice*)
Frank D. Rodriguez (*pro hac vice*)
James Barabas (*pro hac vice*)
Caroline Sun (*pro hac vice*)
Beth Finkelstein (*pro hac vice*)
WINDELS MARX LANE &
    MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, NJ 07940
Tel: (973) 966-3200
Email: chuttner@windelsmarx.com
           frodriguez@windelsmarx.com
           jbarabas@windelsmarx.com
           csun@windelsmarx.com
           bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Ltd.*

2

1 | nsantoro@santoronevada.com
2 | jsmith@santoronevada.com

*Attorneys for Plaintiffs Amarin Pharma, Inc.
and Amarin Pharmaceuticals Ireland Limited*